# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE HERNANDEZ, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. HOLT, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01127-AWI-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO RESERVE SEPTEMBER 18, 2020 ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND MOTION FOR CLARIFICATION<br><br>(ECF No. 10)<br><br>DEADLINE: NOVEMBER 13, 2020 |

　　　　Ernie Hernandez, III ("Plaintiff"), a state prisoner, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 18, 2020, an order issued granting in part Plaintiff's motion for an extension of time to file a first amended complaint and motion for clarification. (ECF No. 13.) On October 9, 2020, Plaintiff filed a notice of change of address. (ECF No. 11.)

　　　　In Plaintiff's notice of change of address he states that he is not aware of whether his request for an extension of time to file a first amended complaint was granted. Therefore, the order shall be reserved and Plaintiff will be required to file his first amended complaint on or before November 13, 2020.

　　　　Plaintiff also requests information on how to receive a copy of his criminal history. The Court does not provide such information to litigants and Plaintiff should contact his criminal

1

defense attorney for information on how to obtain his criminal history.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to reserve the September 18, 2020 order granting in part motion for an extension of time to file first amended complaint and motion for clarification (ECF No. 10);

2. Plaintiff shall file his first amended complaint on or before **November 13, 2020**; and

3. Failure to comply with this order will result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 13, 2020**

UNITED STATES MAGISTRATE JUDGE