# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERNIE HERNANDEZ, III, | Case No. 1:20-cv-01127-AWI-SAB |
|---|---|
| Plaintiff, | ORDER STRIKING PLAINTIFF'S UNSIGNED MOTION FOR AN EXTENSION OF TIME |
| v. | |
| A. HOLT, et al., | (ECF No. 15) |
| Defendants. | THIRTY-DAY DEADLINE |

Ernie Hernandez, III ("Plaintiff"), a state prisoner, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 14, 2014, an order issued granting Plaintiff thirty days in which to file an amended complaint.  On November 12, 2020, Plaintiff filed a motion for an extension of time to file his amended complaint.  However, the motion is unsigned.

Unsigned documents cannot be considered by the Court, and Plaintiff's motion for an extension of time to file an amended complaint shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an amended complaint is stricken from the record;

2. Plaintiff SHALL FILE his amended complaint within **thirty (30) days** of the date

1

of service of this order; and

3. Failure to comply with this order will result in the imposition of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **November 16, 2020**

UNITED STATES MAGISTRATE JUDGE

2