# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE HERNANDEZ, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. HOLT, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01127-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT LEAVE TO AMEND FOR FAILURE TO STATE A CLAIM<br><br>(ECF Nos. 21, 22) |

Ernie Hernandez, III ("Plaintiff"), a state prisoner, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a first amended complaint on February 26, 2021 that was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2021, the magistrate judge filed a findings and recommendations recommending that Plaintiff's first amended complaint be dismissed without leave to amend for failure to state a claim and this action be dismissed. (ECF No. 22.) The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed March 3, 2021, is ADOPTED IN FULL;
2. Plaintiff's first amended complaint, filed February 26, 2021, is DISMISSED WITHOUT LEAVE TO AMEND for failure to state a claim;
3. This action is DISMISSED for Plaintiff's failure to state a claim; and
4. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated: May 18, 2021

SENIOR DISTRICT JUDGE